## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**DERRICK McNAIR**                                                                                         **PLAINTIFF**

**VS.**                                                                                 **CIVIL ACTION: 1:17cv30-RHW**

**HARRISON COUNTY,**
**TROY PETERSON, Sheriff**
**and CORRECTIONAL MEDICAL ASSOCIATES**                                            **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion entered by the Court this date, the Court hereby enters its Final Judgment in the above-captioned matter.

**IT IS ORDERED** that this case is dismissed.

**SO ORDERED**, this the 23rd day of May, 2018.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE